Case 4:23-cv-00319   Document 12   Filed on 09/19/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 19, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Sarah Higueron and<br>Viley Sheida Bermudez,<br>    Plaintiffs,<br><br>v.<br><br>Bryan Woodruff,<br>MN Express, Inc., and<br>Line Express, Inc.,<br>    Defendants. | § § § § § § § § § § § | Civil Action No. H-23-319 |

## ORDER

Pursuant to the Joint Stipulation of Dismissal filed on September 18, 2023 the above referenced case is hereby dismissed with prejudice as to all Defendants and Counter-Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this **19** day of September, 2023.

_____
DAVID HITTNER
United States District Judge